UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------- X

**IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**3:09-md-02100-DRH-PMF**

**MDL No. 2100**

----------------------------------------------------------

**Judge David R. Herndon**

*Long v. Bayer Corporation et al* No. 3:10-cv-11091-DRH-PMF

**ORDER**

*Lucius v. Bayer Corporation et al* No. 3:10-cv-11093-DRH-PMF

*Bailey et al v. Bayer Corporation et al* No. 3:10-cv-12919-DRH-PMF[1]

*Lopez et al v. Bayer Corporation et al* No. 3:10-cv-12941-DRH-PMF[2]

*Mitchell et al v. Bayer Corporation et al* No. 3:10-cv-12973-DRH-PMF[3]

*Miller et al v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:11-cv-10001-DRH-PMF[4]

*Dugger et al v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:11-cv-12436-DRH-PMF[5]

*Moore et al v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:14-cv-10231-DRH-PMF[6]

---

[1] This Order applies only to plaintiffs Tangela Bailey and Sonia Jimenez.
[2] This Order applies only to plaintiff Taylor Roberts.
[3] This Order applies to all plaintiffs.
[4] This Order applies only to plaintiffs Jacinda C. Jordan and Tiana Miller.
[5] This Order applies only to plaintiff Sarah Annette Reves Smith.

## ORDER GRANTING LEAVE TO WITHDRAW

**HERNDON, District Judge:**

This matter is before the Court on movant, attorney Nabil Nachawati's, motions to withdraw as counsel of record (on behalf of herself and in the case of plaintiff Victoria Moore in No. 14-10231 on behalf of herself and Garnett Ellsworth Hendrix) for the above captioned plaintiffs. After considering the motions, the Court finds that the requirements of Local Rule 83.1 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied.  The motion is therefore **GRANTED.**

**FURTHER,** the Court **DIRECTS MOVANT to serve a copy of this order of withdrawal within 7 days** upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1.

**FURTHER, the Court ORDERS as follows:**

1. **Supplementary Entry of Appearance:**  Should plaintiff choose to continue pursuing this action, plaintiff or her new counsel **must file a supplementary entry of appearance within 21 days of the entry of this Order**.

2. **If plaintiff or her new counsel fails to file a supplementary entry of appearance within 21 days of the entry of this Order, plaintiff's action will be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court.**

3. **Further, if after 21 days of the entry of this order, the plaintiff is not in compliance with the requirements any court rule or order (including**

---

[6] This Order applies only to plaintiff Victoria Moore.

applicable MDL case management orders), the plaintiff's action may be subject to dismissal, including dismissal WITH prejudice.

**IT IS SO ORDERED.**

Signed this 22nd day of June, 2015.

Digitally signed by David R. Herndon
Date: 2015.06.22 15:28:07 -05'00'

United States District Court