UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tangela Bailey, et al. v. Bayer Corporation, et al.* | No. 10-cv-12919-DRH |
| *Tarkiyah Eppes, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10893-DRH |
| *Kirstie Gillespie, et al. v. Bayer Corporation, et al.* | No. 13-cv-10062-DRH |
| *Stefanie Harrison, et al. v. Bayer Corporation, et al.* | No. 11-cv-12507-DRH |
| *Kristin Harrowby, et al. v. Bayer Corporation, et al.* | No. 12-cv-10611-DRH |
| *Juanita Higgins, et al. v. Bayer Corporation, et al.* | No. 12-cv-11511-DRH |
| *Angelica Lopez, et al. v. Bayer Corporation, et al.* | No. 10-cv-12941-DRH |
| *Daisy Luna, et al. v. Bayer Corporation, et al.* | No. 13-cv-10028-DRH |
| *Mary McLaurin, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13510-DRH |
| *Tiana Miller, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10001-DRH |
| *Melita Winnick, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12100-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motions to Dismiss, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY: /s/*Caitlin Fischer*
**Deputy Clerk**

APPROVED:

Digitally signed by Judge David R. Herndon
Date: 2016.01.19 14:41:23 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT

2